IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERICK GATHERS,<br><br>                    Plaintiff,<br><br>        v.<br><br>HAAS OUTDOORS, INC. dba MOSSY OAK,<br><br>                    Defendant. | Civil Action No. 1:19-cv-12375 |

## STIPULATION FOR DISMISSAL

Plaintiff, ERICK GATHERS, and Defendant, HAAS OUTDOORS, INC. dba MOSSY OAK, by and through their undersigned counsel, hereby stipulate that:

1.    This action shall be DISMISSED, with prejudice, as between all parties, and;

2.    Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: September 1, 2020

Respectfully submitted,

**Counsel for Plaintiff:**

*/s/ Jason Leviton*

Jason M. Leviton (BBO# 678331)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
jason@blockesq.com

**Counsel for Defendant:**

*/s/ Amanda Mathieu (with permission)*

Amanda Mathieu (BBO # 690736)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
One International Place, Suite 350
Boston, MA 02110
Amanda.Mathieu@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 1st day of September, 2020.

   */s/ Jason M. Leviton* 
Jason M. Leviton
